IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DAVID EDWARD SINTON<br>A/K/A DAVID E. SINTON<br>MELODEE LYNNE SINTON<br>A/K/A MELODEE L. SINTON<br>                       Debtors<br><br>U.S. BANK, NA<br>                       Movant<br><br>                 v.<br><br>DAVID EDWARD SINTON<br>A/K/A DAVID E. SINTON<br>MELODEE LYNNE SINTON<br>A/K/A MELODEE L. SINTON<br>                       Respondents | Bk. No. 1:09-bk-01145 MDF<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

**ORDER**

Upon consideration of the Stipulation by and between Phelan Hallinan & Schmieg, LLP counsel for the Movant, **U.S. BANK, NA**, and CRAIG S. SHARNETZKA, ESQUIRE, counsel for the Debtor, settling the Motion for Relief from the Automatic Stay, the Stipulation is hereby approved, shall be, and is hereby made an Order of this Court. A further Order of the Court shall be necessary to lift the Automatic Stay.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(JK)

*This document is electronically signed and filed on the same date.*

Dated: April 22, 2010